## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL CROP INSURANCE SERVICES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action** |
| | ) | |
| **OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, and CROP1 INSURANCE DIRECT, INC. d/b/a CROP1 INSURANCE, INC.,** | ) ) ) ) | **No. 1:05cv01417** |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel for National Crop Insurance Services, Inc., certify that to the best of my knowledge and belief, National Crop Insurance Services, Inc. has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

/s/ Michael E. Tucci
MICHAEL E. TUCCI (# 430470)
Stinson Morrison Hecker LLP
1150 - 18th Street, N.W., Suite 800
Washington, D.C. 20036
Tel: (202) 785-9100; Fax: (202) 785-9163
*Counsel for Plaintiff National Crop Insurance Services, Inc.*

Dated: July 27, 2005

763432:0001_0008\6722264.1