AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL CROP INSURANCE SERVICES, INC.

**SUMMONS IN A CIVIL CASE**

V.

OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA and CROP1 INSURANCE DIRECT, INC. d/b/a CROP1 INSURANCE, INC.

CASE NUMBER:

CASE NUMBER  1:05CV01417

JUDGE: Richard W. Roberts

DECK TYPE: General Civil

DATE STAMP: 07/15/2005

TO: (Name and address of Defendant)

OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA
Serve: Registered Agent
CT Corporation Systems
1015 15th Street, NW, Suite 1000
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Tucci
Stinson Morrison Hecker LLP
1150 18th Street, N.W., Suite 800
Washington, D.C. 20036-3816

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            JUL 15 2005

CLERK                                  DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

National Crop Insurance Services, Inc.

vs.

Occidental Fire & Casualty Company of North Carolina, et al.

No. 1:05CV01417

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons, Complaint For Damages and For Injunctive and Declaratory Relief, Notice of Right To Consent To Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 02-09-1958.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:30 pm on July 26, 2005, I served Occidental Fire & Casualty Company of North Carolina c/o CT Corporation Systems, Registered Agent at 1015 15th Street, NW, Suite 1000, Washington, DC 20005 by serving Anthony Serrette, Fulfillment Specialist, authorized to accept.  Described herein:

```
    SEX-    MALE
    AGE-    40
 HEIGHT-    5'9"
   HAIR-    BLACK
 WEIGHT-    170
  COLOR-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  07-27-05
             Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 155824