IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OCCIDENTAL FIRE & CASUALTY )<br>COMPANY OF NORTH CAROLINA, )<br>et al., )<br>)<br>)<br>Defendants. ) | Civil Action<br><br>No. 1:05-cv-01417-RWR |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65 and LCv 65.1(c), plaintiff National Crop Insurance Services, Inc. hereby moves for entry of a preliminary injunction against defendants Occidental Fire & Casualty Company of North Carolina and Crop1 Insurance Direct, Inc. d/b/a Crop1 Insurance, Inc. ("Crop1"). Preliminary injunctive relief only is sought with respect to the copyright infringements alleged in Count I of plaintiff's First Amended Complaint for Damages and for Injunctive and Declaratory Relief. In support of its motion, plaintiff is submitting a supporting memorandum and the declarations of Robert W. Parkerson, James M. Crist, Therese M. Stom, Shane Weaver, and Ben Latham and all exhibits thereto.

In accordance with LCvR 65.1(d), plaintiff respectfully asks that this motion be heard no later than the week of August 29, 2005.

Dated: August 11, 2005					Respectfully submitted:


/s/ Michael E. Tucci
MICHAEL TUCCI (# 430470)
Stinson Morrison Hecker LLP
1150 - 18th Street, N.W., Suite 800
Washington, D.C. 20036
Tel: (202) 785-9100; Fax: (202) 785-9163

AND


/s/ P. John Owen by Michael E. Tucci
P. JOHN OWEN
National Crop Insurance Services, Inc.
8900 Indian Creek Parkway, Suite 600
Overland Park, KS 66210
Tel: (913) 685-2767; Fax: (913) 685-3080


AND


/s/ Bruce E. Baty by Michael E. Tucci
BRUCE E. BATY
PENNY R. SLICER
Stinson Morrison Hecker LLP
1201 Walnut, Suite 2800
Kansas City, MO 64106-2150
Tel: (816) 842-8600; Fax: (816) 691-3495

*Attorneys for Plaintiff National Crop Insurance Services, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Plaintiff's Motion for Preliminary Injunction was sent via Federal Express overnight delivery this 11th day of August, 2005 to the following:

Occidental Fire & Casualty Company of North Carolina
c/o Registered Agent
CT Corporation Systems
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005

Crop1 Insurance Direct, Inc.
d/b/a Crop1 Insurance, Inc.
4532 114th Street
Des Moines, IA 50322

                                                /s/ Michael E. Tucci
                                                Michael E. Tucci