## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action |
| OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, et al., | ) ) ) | No. 1:05-cv-01417-RWR |
| | ) ) | |
| Defendants. | ) | |

## DECLARATION OF JAMES M. CRIST

I, James M. Crist, declare, under penalty of perjury and in accordance with 28 U.S.C. § 1746, that the following factual statements are true and correct.

1.      I am the Controller for National Crop Insurance Services, Inc. ("NCIS").  My regular duties, among other matters, require me to maintain our roster of members, to make and collect dues assessments to members, to record revenue for sales of services and materials to non-members, and to maintain our assets, including intellectual property.  My responsibilities with respect to maintaining the intellectual property of NCIS principally include making copyright registration applications to the Copyright Office, making trademark, servicemark, and trade name applications to the Patent and Trademark Office, handling inquiries from those offices, and maintaining a comprehensive record of registrations issued by those offices.  I have been employed by NCIS continuously since November 9, 1981.

2.     Occidental Fire & Casualty Company of North Carolina ("Occidental") and Crop1 Insurance Direct, Inc. d/b/a Crop1 Insurance, Inc. ("Crop1") do not appear on the current roster of NCIS members, nor has either appeared on our membership roster during my tenure at NCIS.

3.     The Register of Copyrights has issued certificates of registration for each of the following NCIS works (collectively, the "Registered NCIS Works"):

| Registration No. | Title |
| --- | --- |
| TX 6-179-256 | "Crop Insurance Plan Comparison" (May 2001) |
| TX 6-179-258 | "Crop Insurance Plan Comparison" (Feb. 2003) |
| TX 6-179-257 | "Crop Insurance Plan Comparison" (Dec. 2003) |
| TX 6-179-253 | "Crop Insurance Withdrawal of Claim" (Form 920) |
| TX 6-179-259 | "Simplified Claims Qualification and Notice of Loss Form" (Form M930) |
| TX 6-179-255 | "Power of Attorney" (Form M925) |
| TX 6-179-254 | "MPCI Optional Endorsement High-Risk Land Exclusion Option" (Form 764) |
| TX 6-179-218 | General Provisions (2002-NCIS 3) |
| TX 6-179-381 | Crop-Hail Insurance Policy (2002-NCIS 5) |
| TX 6-179-219 | Crop-Hail Policy – Basic Form Special Provisions Iowa (2002-NCIS 614) |
| TX 6-179-385 | Crop-Hail Policy – Basic Form Special Provisions Iowa (2005-NCIS 614) |
| TX 6-179-220 | Crop-Hail Policy – Basic Form Special Provisions Nebraska (2002-NCIS 626) |
| TX 6-179-379 | Crop-Hail Policy – Basic Form Special Provisions Nebraska (2005-NCIS 626) |

| | |
|---|---|
| TX 6-179-383 | Crop-Hail Policy – Basic Form Special Provisions Minnesota, North Dakota, and South Dakota (2002-NCIS 622) |
| TX 6-179-384 | Crop-Hail Policy – Basic Form Special Provisions Minnesota, North Dakota, and South Dakota (2005-NCIS 622) |
| TX 6-179-221 | Application for Crop-Hail Insurance and Declaration Page (1999-NCIS 655) |
| TX 6-179-222 | Application for Companion Hail Insurance Coverage and Declaration Page (1999-NCIS 652) |
| TX 6-179-377 | Application for Companion Hail Insurance Coverage and Declaration Page (2003-NCIS 652MN) |
| TX 6-179-223 | Endorsement to NCIS Crop-Hail Insurance Policy Companion Plan Hail Insurance (2002-NCIS 653) |
| TX 6-179-378 | Endorsement to NCIS Crop-Hail Insurance Policy Companion Plan Hail Insurance Minnesota (2003-NCIS 653MN) |
| TX 6-179-380 | Minnesota Amendatory Endorsement (2003-NCIS 3MN) |
| TX 6-179-382 | Assignment of Indemnity (2000-NCIS 757) |
| TX 6-179-225 | Iowa 2002 Final Average Loss Cost Analysis |
| TX 6-179-224 | Iowa 2004 Final Average Loss Cost Analysis |
| TX 6-179-227 | Nebraska 2002 Final Average Loss Cost Analysis |
| TX 6-179-226 | Nebraska 2004 Final Average Loss Cost Analysis |
| TX 6-179-386 | Minnesota 2002 Final Average Loss Cost Analysis |
| TX 6-179-387 | Minnesota 2004 Final Average Loss Cost Analysis |

Genuine and complete copies of the certificates of registration for the Registered NCIS Works are attached to this declaration as Exhibits 1A – 28A; genuine and complete copies of the related works are attached as Exhibits 1B – 28B. These two sets of exhibits correspond; for instance, Exhibit 1A is the certificate for the registered work attached as Exhibit 1B, and this pattern is

repeated for all exhibits. The following table identifies each of the foregoing exhibits in accordance with this approach:

| Exhibit No. | Registration No. | Exhibit No. for Registered Work |
|---|---|---|
| 1A | TX 6-179-256 | 1B |
| 2A | TX 6-179-258 | 2B |
| 3A | TX 6-179-257 | 3B |
| 4A | TX 6-179-253 | 4B |
| 5A | TX 6-179-259 | 5B |
| 6A | TX 6-179-255 | 6B |
| 7A | TX 6-179-254 | 7B |
| 8A | TX 6-179-218 | 8B |
| 9A | TX 6-179-381 | 9B |
| 10A | TX 6-179-219 | 10B |
| 11A | TX 6-179-385 | 11B |
| 12A | TX 6-179-220 | 12B |
| 13A | TX 6-179-379 | 13B |
| 14A | TX 6-179-383 | 14B |
| 15A | TX 6-179-384 | 15B |
| 16A | TX 6-179-221 | 16B |
| 17A | TX 6-179-222 | 17B |
| 18A | TX 6-179-377 | 18B |
| 19A | TX 6-179-223 | 19B |
| 20A | TX 6-179-378 | 20B |

4

| | | |
|---|---|---|
| 21A | TX 6-179-380 | 21B |
| 22A | TX 6-179-382 | 22B |
| 23A | TX 6-179-225 | 23B |
| 24A | TX 6-179-224 | 24B |
| 25A | TX 6-179-227 | 25B |
| 26A | TX 6-179-226 | 26B |
| 27A | TX 6-179-386 | 27B |
| 28A | TX 6-179-387 | 28B |

4.     A copyright notice indicating the year of first publication and ownership of the copyright by NCIS has appeared on each of the Registered NCIS Works as published.

5.     Each of the Registered NCIS Works constitutes an original work of authorship of NCIS.

6.     NCIS owns all right, title, and interest in and to the copyright in each of the Registered NCIS Works.

7.     For the duration of their membership, NCIS members in good standing are entitled to use the resources and materials developed by NCIS in the conduct of their crop insurance business, including copyrighted works such as the Registered NCIS Works. Restricted availability of NCIS resources and materials is clearly expressed to members and non-members alike, and the conditions applicable to such availability are clearly stated and agreed to by its members. The limitations on availability of NCIS resources and materials are explicitly set forth, for example:

a.     In copyright notices included in published materials, which typically recite:

Permission is hereby granted to Members in good standing of NCIS whose Membership Class (and service area, if membership is limited by service area) entitles them to receive copies of the enclosed or attached material to reprint, copy or distribute such NCIS copyrighted material in its present form solely for their own business use and solely to employees, adjusters or agents who are under contract with them, and as a condition to receiving such copies, such employees, adjusters and agents agree that they will not reprint, copy or distribute any such NCIS copyrighted material to any other person and/or company, or transform into another work such NCIS copyrighted material, without prior written permission of NCIS.

b.     In accessing resources and materials through the "NCIS Store" portion of the NCIS website (www.ag-risk.com), which states:

The items at this site are available only to Full Members and Service Members of NCIS. Service Members may purchase items for the membership categories they have selected and for which they pay assessments. The prices listed reflect only the costs of reproduction, storage, and handling. They do not reflect research and development costs, which are funded by NCIS members through their annual premium-based assessments. For information about becoming an NCIS member, call 800-951-6247.

c.     In transferring NCIS resources and materials to members via a secured internet connection, whose introduction makes clear:

The NCIS File Transfer (FTU) is a browser based application designed to facilitate the transfer of files between NCIS and its members (and other affiliated entities). The FTU is a secured application – you will need a User ID and password to access it. If you already have a User ID and password, click the "Enter" button below to access the FTU.

8.     NCIS also makes available its crop insurance resources and materials to non-members. However, such availability is on such terms and conditions, including the payment of appropriate charges and fees, which are set and determined from time to time by NCIS. Neither Occidental nor Crop1 has purchased any of the Registered NCIS Works from NCIS.

9.     Crop1 never has been a member of NCIS, never has paid membership assessments, and never has paid the required charges and fees for limited access to certain

Registered NCIS Works, NCIS proprietary information, and NCIS copyrightable material. Occidental never has been a member of NCIS, never has paid membership assessments, and never has paid the required charges and fees for limited access to certain Registered NCIS Works, NCIS proprietary information, and NCIS copyrightable material. From December 2001 through year end 2003, Crop1 had access to certain Registered NCIS Works, NCIS proprietary information, and NCIS copyrightable material as the managing general agent for ZC Insurance (later known as Converium), a member in good standing of NCIS until December 31, 2003. Similarly, Occidental derivatively had some limited benefits of membership for some portion of 2005 as a result of its relationship with Crop USA Insurance Agency, Inc. ("Crop USA"), a member in good standing of NCIS. However, Occidental's rights to certain Registered NCIS Works, NCIS proprietary information, and NCIS copyrightable materials extended only to insurance contracts sold by Crop USA and not those sold by Crop1. At present, neither Crop1 nor Occidental has any right to access or use Registered NCIS Works, NCIS proprietary information, and NCIS copyrightable material.

10.    When Converium resigned its NCIS membership effective December 31, 2003, we had anticipated that Crop1 would join in its place. Thus, we sent Crop1 a dues assessment for 2004. Crop1, however, never joined in place of Converium or paid any of the 2004 dues assessment. Crop1 subsequently contacted Mr. Robert W. Parkerson at NICS and indicated that it wanted to apply for membership. Mr. Parkerson reported this to me when he asked that I send Crop1 a membership application. I then sent an application, but Crop1 has not returned it. On another occasion, Mr. Parkerson asked me to give him an application for him to send to Crop1. I did, but that application also was not returned.

August  9  , 2005

James M. Crist

**EXHIBITS TO**
**DECLARATION OF JAMES M. CRIST**

| Exhibit No. | Registration No. | Exhibit No. for Registered Work | Registered Work |
|---|---|---|---|
| 1A | TX 6-179-256 | 1B | Crop Insurance Plan Comparison (May 2001) |
| 2A | TX 6-179-258 | 2B | Crop Insurance Plan Comparison (Feb. 2003) |
| 3A | TX 6-179-257 | 3B | Crop Insurance Plan Comparison (Dec. 2003) |
| 4A | TX 6-179-253 | 4B | Crop Insurance Withdrawal of Claim (Form 920) |
| 5A | TX 6-179-259 | 5B | Simplified Claims Qualification and Notice of Loss Form (Form M930) |
| 6A | TX 6-179-255 | 6B | Power of Attorney (Form M925) |
| 7A | TX 6-179-254 | 7B | MPCI Optional Endorsement High-Risk Land Exclusion Option (Form 764) |
| 8A | TX 6-179-218 | 8B | General Provisions (2002-NCIS 3) |
| 9A | TX 6-179-381 | 9B | Crop-Hail Insurance Policy (2002-NCIS 5) |
| 10A | TX 6-179-219 | 10B | Crop-Hail Policy – Basic Form Special Provisions Iowa (2002-NCIS 614) |
| 11A | TX 6-179-385 | 11B | Crop-Hail Policy – Basic Form Special Provisions Iowa (2005-NCIS 614) |
| 12A | TX 6-179-220 | 12B | Crop-Hail Policy – Basic Form Special Provisions Nebraska (2002-NCIS 626) |
| 13A | TX 6-179-379 | 13B | Crop-Hail Policy – Basic Form Special Provisions Nebraska (2005-NCIS 626) |

| 14A | TX 6-179-383 | 14B | Crop-Hail Policy – Basic Form Special Provisions Minnesota, North Dakota, and South Dakota (2002-NCIS 622) |
|-----|--------------|-----|--------------------------------------------------|
| 15A | TX 6-179-384 | 15B | Crop-Hail Policy – Basic Form Special Provisions Minnesota, North Dakota, and South Dakota (2005-NCIS 622) |
| 16A | TX 6-179-221 | 16B | Application for Crop-Hail Insurance and Declaration Page (1999-NCIS 655) |
| 17A | TX 6-179-222 | 17B | Application for Companion Hail Insurance Coverage and Declaration Page (1999-NCIS 652 |
| 18A | TX 6-179-377 | 18B | Application for Companion Hail Insurance Coverage and Declaration Page (2003-NCIS 652MN) |
| 19A | TX 6-179-223 | 19B | Endorsement to NCIS Crop-Hail Insurance Policy Companion Plan Hail Insurance (2002-NCIS 653) |
| 20A | TX 6-179-378 | 20B | Endorsement to NCIS Crop-Hail Insurance Policy Companion Plan Hail Insurance Minnesota (2003-NCIS 653MN) |
| 21A | TX 6-179-380 | 21B | Minnesota Amendatory Endorsement (2003 – NCIS 3MN) |
| 22A | TX 6-179-382 | 22B | Assignment of Indemnity (2000-NCIS 757) |
| 23A | TX 6-179-225 | 23B | Iowa 2002 Final Average Loss Cost Analysis |
| 24A | TX 6-179-224 | 24B | Iowa 2004 Final Average Loss Cost Analysis |
| 25A | TX 6-179-227 | 25B | Nebraska 2002 Final Average Loss Cost Analysis |
| 26A | TX 6-179-226 | 26B | Nebraska 2004 Final Average Loss Cost Analysis |

| 27A | TX 6-179-386 | 27B | Minnesota 2002 Final Average Loss Cost Analysis |
| 28A | TX 6-179-387 | 28B | Minnesota 2004 Final Average Loss Cost Analysis |

3