IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action |
| OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, et al., | ) ) ) ) ) ) | No. 1:05-cv-01417-RWR |
| Defendants. | ) | |

## DECLARATION OF THERESE M. STOM

I, Therese M. Stom, declare, under penalty of perjury and in accordance with 28 U.S.C. § 1746, that the following factual statements are true and correct.

1.  I am employed by National Crop Insurance Services, Inc. ("NCIS"), where I have been employed continuously since February 1, 1988. My current position at NCIS is Director, Actuarial Applications and Insurance Filings. I have performed the work associated with that position for more than fifteen years.

2.  Almost all states require crop insurers to report their loss cost experience to a statistical agent. In essence, "lost cost experience" represents the average amount of indemnity paid per claim, in a given geographic area, to policyholders in that area. NCIS is a licensed statistical agent in all states other than Alaska and Hawaii for receiving crop hail loss cost data, analysis of such data, and then making filings with state insurance departments. In making these filings, company-by-company data is accumulated, evaluated, and reported as Final Average

Loss Cost ("FALC") data to state insurance regulatory and supervisory bodies. My position entails working with others at NCIS to develop FALC data for each state on a periodic basis (most typically, biannually).

3. Our state-by-state FALC filings also include a Rules Manual (identifying, for example, policy forms, endorsements, terms and conditions, and specific crop information for the state).

4. Our FALCs and Rules Manuals have copyright notices, and these notices also include the following:

> Permission is hereby granted to Members in good standing of NCIS whose Membership Class (and service area, if membership is limited by service area) entitles them to receive copies of the enclosed or attached material to reprint, copy or distribute such NCIS copyrighted material in its present form solely for their own business use and solely to employees, adjusters or agents who are under contract with them, and as a condition to receiving such copies, such employees, adjusters and agents agree that they will not reprint, copy or distribute any such NCIS copyrighted material to any other person and/or company, or transform into another work such NCIS copyrighted material, without prior written permission of NCIS.

5. Examples of FALCs and included Rules Manuals which have been copyrighted and registered with the Copyright Office are:

| Registration No. | Title |
| --- | --- |
| TX 6-179-225 | Iowa 2002 Final Average Loss Cost Analysis |
| TX 6-179-224 | Iowa 2004 Final Average Loss Cost Analysis |
| TX 6-179-227 | Nebraska 2002 Final Average Loss Cost Analysis |
| TX 6-179-226 | Nebraska 2004 Final Average Loss Cost Analysis |
| TX 6-179-386 | Minnesota 2002 Final Average Loss Cost Analysis |

TX 6-179-387    Minnesota 2004 Final Average Loss Cost Analysis

I personally was involved in preparing each of the foregoing FALCs, including the Rules Manuals contained therein. Genuine and complete copies of these FALCs are Exhibits 23B – 28B to the Declaration of James M. Crist.

6. Although other persons at NCIS are specialists in drafting insurance policies and policy forms, I have direct knowledge of them due to their relationships to the FALC filings on which I work. For instance, I must have knowledge of policy terms and conditions in order to understand, evaluate, and report the loss costs associated with the coverage provided by the policy.

7. Examples of crop-hail insurance policies and policy forms with which I am familiar and which have been copyrighted and registered with the Copyright Office are:

| Registration No. | Title |
| --- | --- |
| TX 6-179-218 | General Provisions (2002-NCIS 3) |
| TX 6-179-381 | Crop-Hail Insurance Policy (2002-NCIS 5) |
| TX 6-179-219 | Crop-Hail Policy – Basic Form Special Provisions Iowa (2002-NCIS 614) |
| TX 6-179-385 | Crop-Hail Policy – Basic Form Special Provisions Iowa (2005-NCIS 614) |
| TX 6-179-220 | Crop-Hail Policy – Basic Form Special Provisions Nebraska (2002-NCIS 626) |
| TX 6-179-379 | Crop-Hail Policy – Basic Form Special Provisions Nebraska (2005-NCIS 626) |
| TX 6-179-383 | Crop-Hail Policy – Basic Form Special Provisions Minnesota, North Dakota, and South Dakota (2002-NCIS 622) |
| TX 6-179-384 | Crop-Hail Policy – Basic Form Special Provisions Minnesota, North Dakota, and South Dakota (2005-NCIS 622) |

| | |
|---|---|
| TX 6-179-221 | Application for Crop-Hail Insurance and Declaration Page (1999-NCIS 655) |
| TX 6-179-222 | Application for Companion Hail Insurance Coverage and Declaration Page (1999-NCIS 652) |
| TX 6-179-377 | Application for Companion Hail Insurance Coverage and Declaration Page (2003-NCIS 652MN) |
| TX 6-179-223 | Endorsement to NCIS Crop-Hail Insurance Policy Companion Plan Hail Insurance (2002-NCIS 653) |
| TX 6-179-378 | Endorsement to NCIS Crop-Hail Insurance Policy Companion Plan Hail Insurance Minnesota (2003-NCIS 653MN) |
| TX 6-179-380 | Minnesota Amendatory Endorsement (2003-NCIS 3MN) |
| TX 6-179-382 | Assignment of Indemnity (2000-NCIS 757) |

Genuine and complete copies of these materials are Exhibits 8B – 22B to the Declaration of James M. Crist.

8. The copyrighted and registered works listed in paragraphs 5 and 7 collectively are referred to as the "Registered NCIS Works" throughout the remainder of this declaration.

9. Senior management at NCIS asked me in late June 2005 to determine whether either Occidental Fire & Casualty Company of North Carolina ("Occidental") or Crop1 Insurance Direct, Inc. ("Crop1") had made crop-hail filings in 2005 with various state insurance departments. I learned that Crop1 had made filings for Occidental in numerous states by checking Crop1's website (www.crop1insurance.com). I identified the following states where it appeared filings had been made: Illinois, Indiana, Iowa, Michigan, Minnesota, Nebraska, Texas, Washington, and Wisconsin. I was able to obtain copies of these filings from all states other than Washington and compared them with our filings. I found that the Occidental/Crop1 filings

in Iowa, Minnesota, and Nebraska were representative of its 2005 filings in other states. Copies of these filings are attached as follows:

| Exhibit No. | State Filing |
|---|---|
| 1 | Iowa |
| 2 | Minnesota |
| 3 | Nebraska |

For purposes of this declaration, I limited my analysis to copyright registration and infringement issues. The following paragraphs summarize what I found.

10.  With respect to the Registered NCIS Works listed below, Occidental and Crop1 copied the forms identically and included copies of the forms with their filings with state insurance regulatory and supervisory authorities. The Registered NCIS Works so copied include:

| Registration No. | Title |
|---|---|
| TX 6-179-218 | General Provisions (2002-NCIS 3) |
| TX 6-179-381 | Crop-Hail Insurance Policy (2002-NCIS 5) |
| TX 6-179-219 | Crop-Hail Policy – Basic Form Special Provisions Iowa (2002-NCIS 614) |
| TX 6-179-385 | Crop-Hail Policy – Basic Form Special Provisions Iowa (2005-NCIS 614) |
| TX 6-179-220 | Crop-Hail Policy – Basic Form Special Provisions Nebraska (2002-NCIS 626) |
| TX 6-179-379 | Crop-Hail Policy – Basic Form Special Provisions Nebraska (2005-NCIS 626) |
| TX 6-179-383 | Crop-Hail Policy – Basic Form Special Provisions Minnesota, North Dakota, and South Dakota (2002-NCIS 622) |

| | |
|---|---|
| TX 6-179-384 | Crop-Hail Policy – Basic Form Special Provisions Minnesota, North Dakota, and South Dakota (2005-NCIS 622) |
| TX 6-179-221 | Application for Crop-Hail Insurance and Declaration Page (1999-NCIS 655) |
| TX 6-179-222 | Application for Companion Hail Insurance Coverage and Declaration Page (1999-NCIS 652) |
| TX 6-179-377 | Application for Companion Hail Insurance Coverage and Declaration Page (2003-NCIS 652MN) |
| TX 6-179-223 | Endorsement to NCIS Crop-Hail Insurance Policy Companion Plan Hail Insurance (2002-NCIS 653) |
| TX 6-179-378 | Endorsement to NCIS Crop-Hail Insurance Policy Companion Plan Hail Insurance Minnesota (2003-NCIS 653MN) |
| TX 6-179-380 | Minnesota Amendatory Endorsement (2003-NCIS 3MN) |
| TX 6-179-382 | Assignment of Indemnity (2000-NCIS 757) |

For example, copies of the General Provisions (TX 6-179-218) and the Crop-Hail Insurance Policy Jacket (TX 6-179-381) were included in each of Exhibits 1 – 3, and Exhibits 1 and 3 contained copies of TX 6-179-222 and TX 6-179-223. Exhibit 1 -3 also included copies, respectively, of TX 6-179-219, TX 6-179-385, and TX 6-179-382; of TX 6-179-380, TX 6-179-383, TX 6-179-384, TX 6-179-377, and TX 6-179-378; and of TX 6-179-220, and TX 6-179-379.

11. With respect to the Registered NCIS Works listed below, Occidental and Crop1 copied the Registered NCIS Works and prepared derivative works of these forms that are substantially similar to the Registered NCIS Works. The NCIS copyright notice and form number were removed from these Registered NCIS Works. The name "Occidental Fire & Casualty Company of North Carolina" appears on each of these unauthorized derivative works, and a copyright notice identifying Occidental as the copyright owner appears on several of these

unauthorized derivative works. The Registered NCIS Works copied in the foregoing fashion include:

| Registration No. | Title |
| --- | --- |
| TX 6-179-218 | General Provisions (2002-NCIS 3) |
| TX 6-179-381 | Crop-Hail Insurance Policy (2002-NCIS 5) |
| TX 6-179-219 | Crop-Hail Policy – Basic Form Special Provisions Iowa (2002-NCIS 614) |
| TX 6-179-385 | Crop-Hail Policy – Basic Form Special Provisions Iowa (2005-NCIS 614) |
| TX 6-179-220 | Crop-Hail Policy – Basic Form Special Provisions Nebraska (2002-NCIS 626) |
| TX 6-179-379 | Crop-Hail Policy – Basic Form Special Provisions Nebraska (2005-NCIS 626) |
| TX 6-179-383 | Crop-Hail Policy – Basic Form Special Provisions Minnesota, North Dakota, and South Dakota (2002-NCIS 622) |
| TX 6-179-384 | Crop-Hail Policy – Basic Form Special Provisions Minnesota, North Dakota, and South Dakota (2005-NCIS 622) |
| TX 6-179-378 | Endorsement to NCIS Crop-Hail Insurance Policy Companion Plan Hail Insurance Minnesota (2003-NCIS 653 MN) |
| TX 6-179-380 | Minnesota Amendatory Endorsement (2003-NCIS 3 MN) |
| TX 6-179-223 | Endorsement to NCIS Crop-Hail Insurance Policy Companion Plan Hail Insurance (2002-NCIS 653) |

These unauthorized derivative works appear in Exhibits 1 and 2.

12. With respect to the Registered NCIS Works listed below, Occidental and Crop1 prepared derivative works based upon the Final Average Loss Cost (FALC) Analysis therein in the form of rate pages. The FALCs so utilized include:

| Registration No. | Title |
|---|---|
| TX 6-179-225 | Iowa 2002 Final Average Loss Cost Analysis |
| TX 6-179-224 | Iowa 2004 Final Average Loss Cost Analysis |
| TX 6-179-227 | Nebraska 2002 Final Average Loss Cost Analysis |
| TX 6-179-226 | Nebraska 2004 Final Average Loss Cost Analysis |
| TX 6-179-386 | Minnesota 2002 Final Average Loss Cost Analysis |
| TX 6-179-387 | Minnesota 2004 Final Average Loss Cost Analysis |

The rate pages in Exhibit 1 clearly are derived from TX 6-179-225 and TX 6-179-224; those in Exhibit 2 are derived from TX 6-179-386 and TX 6-179-387; and those in Exhibit 3 are derived from TX 6-179-227 and TX 6-179-226.

August 10, 2005

Therese M. Stom

# EXHIBITS TO
# DECLARATION OF THERESE M. STOM

1. Iowa State Filing

2. Minnesota State Filing

3. Nebraska State Filing