IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action |
| OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, et al., | ) ) ) ) ) | No. 1:05-cv-01417-RWR |
| Defendants. | ) ) | |

### DECLARATION OF SHANE WEAVER

I, Shane Weaver, declare, under penalty of perjury and in accordance with 28 U.S.C. § 1746, that the following factual statements are true and correct.

1. I am employed by National Crop Insurance Services, Inc. ("NCIS") as a Crop Insurance Specialist. As such, I principally work on the federal government's program providing multiple peril crop insurance coverage ("MPCI coverage") through private insurance companies. This includes monitoring changes in that program, checking such changes for consistency with insurance forms and procedures for use in conjunction with that program (some of which have been developed by NCIS or modified by it, and others of which have been developed by the federal government's Risk Management Agency), and determining whether existing forms and procedures need to be modified or new ones created. In the process of doing this work, I have become familiar with forms and procedures copyrighted by NCIS for use in connection with MPCI coverage as well as those used in connection with traditional crop-hail coverage.

c

2. I am aware that the Register of Copyrights has issued certificates of registration for each of the following NCIS works (collectively, the "Registered NCIS Works"):

| Registration No. | Title |
| --- | --- |
| TX 6-179-256 | "Crop Insurance Plan Comparison" (May 2001) |
| TX 6-179-258 | "Crop Insurance Plan Comparison" (Feb. 2003) |
| TX 6-179-257 | "Crop Insurance Plan Comparison" (Dec. 2003) |
| TX 6-179-253 | "Crop Insurance Withdrawal of Claim" (Form 920) |
| TX 6-179-259 | "Simplified Claims Qualification and Notice of Loss Form" (Form M930) |
| TX 6-179-255 | "Power of Attorney" (Form M925) |
| TX 6-179-254 | "MPCI Optional Endorsement High-Risk Land Exclusion Option" (Form 764) |
| TX 6-179-218 | General Provisions (2002-NCIS 3) |
| TX 6-179-381 | Crop-Hail Insurance Policy (2002-NCIS 5) |
| TX 6-179-219 | Crop-Hail Policy – Basic Form Special Provisions Iowa (2002-NCIS 614) |
| TX 6-179-385 | Crop-Hail Policy – Basic Form Special Provisions Iowa (2005-NCIS 614) |
| TX 6-179-220 | Crop-Hail Policy – Basic Form Special Provisions Nebraska (2002-NCIS 626) |
| TX 6-179-379 | Crop-Hail Policy – Basic Form Special Provisions Nebraska (2005-NCIS 626) |
| TX 6-179-383 | Crop-Hail Policy – Basic Form Special Provisions Minnesota, North Dakota, and South Dakota (2002-NCIS 622) |
| TX 6-179-384 | Crop-Hail Policy – Basic Form Special Provisions Minnesota, North Dakota, and South Dakota (2005-NCIS 622) |
| TX 6-179-221 | Application for Crop-Hail Insurance and Declaration Page |

|              | (1999-NCIS 655)                                                                                  |
|--------------|--------------------------------------------------------------------------------------------------|
| TX 6-179-222 | Application for Companion Hail Insurance Coverage and Declaration Page (1999-NCIS 652)           |
| TX 6-179-377 | Application for Companion Hail Insurance Coverage and Declaration Page (2003-NCIS 652MN)         |
| TX 6-179-223 | Endorsement to NCIS Crop-Hail Insurance Policy Companion Plan Hail Insurance (2002-NCIS 653)     |
| TX 6-179-378 | Endorsement to NCIS Crop-Hail Insurance Policy Companion Plan Hail Insurance Minnesota (2003-NCIS 653MN) |
| TX 6-179-380 | Minnesota Amendatory Endorsement (2003-NCIS 3MN)                                                 |
| TX 6-179-382 | Assignment of Indemnity (2000-NCIS 757)                                                          |

3.  As more fully described below, Occidental Fire & Casualty Insurance Company of North Carolina ("Occidental") and Crop1 Insurance Direct, Inc. ("Crop1") have copied, publicly distributed, publicly displayed, and/or prepared derivative works of NCIS's proprietary materials, including the Registered NCIS Works, without the permission or authorization of NCIS in violation of NCIS's copyrights. This infringing activity has included posting, without authorization, many of the Registered NCIS Works on the website of Crop1 (www.crop1insurance.com) where they have been downloaded by or are available to download, by other unauthorized users, or potential users, throughout the United States, including the District of Columbia, and elsewhere in the world where crop insurance is available.

4.  Crop1, for itself and on behalf of Occidental, copied and/or prepared derivative works of numerous works of NCIS relating to MPCI coverage, including the Registered NCIS Works listed below, without the permission or authorization of NCIS:

| Registration No. | Title                                    |
|------------------|------------------------------------------|
| TX 6-179-256     | "Crop Insurance Plan Comparison" (May 2001) |

3

| | |
|---|---|
| TX 6-179-258 | "Crop Insurance Plan Comparison" (Feb. 2003) |
| TX 6-179-257 | "Crop Insurance Plan Comparison" (Dec. 2003) |
| TX 6-179-253 | "Crop Insurance Withdrawal of Claim" (Form 920) |
| TX 6-179-259 | "Simplified Claims Qualification and Notice of Loss Form" (Form M930) |
| TX 6-179-255 | "Power of Attorney" (Form M925) |
| TX 6-179-254 | "MPCI Optional Endorsement High-Risk Land Exclusion Option" (Form 764) |

Crop1 displayed and distributed the unauthorized copies and/or derivative works on its website at www.crop1insurance.com. For example, I found on Crop1's website a downloadable document entitled "Crop Insurance Plan Comparison" (a copy of which is attached as Exhibit 1); this document is substantially identical to our "Crop Insurance Plan Comparison" (registered as TX-179-256, TX 6-179-258, and TX 6-179-257 and attached as Exhibits 1B – 3B to the Declaration of James M. Crist). Crop1's "Crop Insurance Withdrawal of Claim Form" (a copy of which is attached as Exhibit 2) is identical to our similar form (TX 6-179-253 attached as Exhibit 4B to the Crist Decl.) except in one respect – the Crop1 form has "Tax ID #" next to the "Insured's Name" in one box. Similarly, the following Crop1 forms are virtually identical to our copyrighted forms:

| Crop1 Form | NCIS Form Reg. No. |
|---|---|
| Simplified Claims Qualification and Notice of Loss Form (attached as Exhibit 3) | TX 6-179-259 (Crist Decl. Ex. 5B) |
| Power of Attorney (attached as Exhibit 4) | TX 6-179-255 (Crist Decl. Ex. 6B) |
| Optional Endorsement High-Risk Land Exclusion Option (attached as Exhibit 5) | TX 6-179-254 (Crist Decl. Ex. 7B) |

The NCIS copyright notice and form number (where applicable) generally were removed from each of the NCIS works, and the Crop1 logo and form number (where applicable) appear on each of the unauthorized copies and/or derivative works.

5.   Crop1, for itself and on behalf of Occidental, also copied and/or prepared derivative works of numerous works of NCIS relating to crop-hail coverage, including certain Registered NCIS Works, which appear on its website as "Hail Processing Forms." I recently (August 9, 2005) checked organizations which, based on other internet searches, appeared to be agents for Crop1 or Occidental. In doing so, I found that Brandt Consolidated and Farm Service Center, Inc. were displaying these or similar crop-hail forms. This can be checked, for example, by going to www.brandtconsolidated.com, clicking on "Crop Insurance," going to "Resources," and then clicking on "Hail Forms."

August 10, 2005

Shane Weaver

**EXHIBITS TO**
**DECLARATION OF SHANE WEAVER**

1. Crop Insurance Plan Comparison

2. Crop Insurance Withdrawal of Claim Form

3. Simplified Claims Qualification and Notice of Loss Form

4. Power of Attorney

5. Optional Endorsement High-Risk Land Exclusion Option