IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action |
| OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, et al., | ) ) ) ) ) ) | No. 1:05-cv-01417-RWR |
| Defendants. | ) | |

## DECLARATION OF BEN LATHAM

I, Ben Latham, declare, under penalty of perjury and in accordance with 28 U.S.C. § 1746, that the following factual statements are true and correct.

1. I am President of Producers Ag Insurance Group and of two related insurance companies, Producers Agricultural Insurance Company and Producers Lloyds Insurance Company (collectively, "Pro Ag"). Pro Ag's fundamental business is insuring agricultural producers, and we have two principal lines of crop insurance business: (a) writing multiple peril crop insurance coverage ("MPCI coverage") under the Federal crop insurance program, and (b) writing insurance against hail, wind, and similar perils ("crop-hail coverage"). Our home office is in Amarillo, Texas.

2. Pro Ag is a member in good standing of National Crop Insurance Services, Inc. ("NCIS") and has been since its formation.

3.  As a member of NCIS, Pro Ag expects NCIS vigorously to maintain the integrity of its proprietary information as well as its copyrighted and copyrightable materials. This is important to us in several respects. First, as a member of longstanding whose dues assessments have contributed to the development of these materials, maintaining their integrity is important as a direct extension of achieving value for our dues. Second, it is important to us that there be no free riding by non-members; by this, we mean that someone who has not contributed to NCIS through payment of dues assessments, or who has not paid a fee or a charge for a particular service or set of materials, should not be able to use NCIS materials freely in writing MPCI coverage or crop-hail coverage when there have been substantial and long-term costs associated with their development. Third, we consider membership in NCIS to have substantial value to our company, and we do not want to see that value eroded through infringement of protected materials. Similarly, as a member of NCIS, we do not want to see its own good will impaired through such infringement.

_____
Ben Latham

Dated: August 3, 2005