IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action |
| OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, et al., | ) ) ) ) ) | No. 1:05-cv-01417-RWR |
| Defendants. | | |

### NOTICE REGARDING EXHIBITS TO CRIST, STOM AND WEAVER DECLARATIONS SUPPORTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Due to the voluminous nature of the Exhibits attached to the Declarations supporting Plaintiff's Motion for Preliminary Injunction, the Declarations and Exhibits of James E. Crist, Therese Stom and Shane Weaver, as well as the Declarations of Robert W. Parkerson and Ben Latham have been copied in PDF format to a CD Rom and submitted to the Clerk's Office. Lists of the Exhibits accompanying the Crist, Stom and Weaver Declarations are attached hereto. Plaintiffs have served hard copies of the Declarations with all Exhibits on Defendants.

Dated: August 11, 2005

/s/ Michael E. Tucci
MICHAEL TUCCI (# 430470)
Stinson Morrison Hecker LLP
1150 - 18th Street, N.W., Suite 800
Washington, D.C. 20036
Tel: (202) 785-9100; Fax: (202) 785-9163

*Attorney for Plaintiff National Crop Insurance Services, Inc.*

# EXHIBITS TO
# DECLARATION OF JAMES M. CRIST

| Exhibit No. | Registration No. | Exhibit No. for Registered Work | Registered Work |
|---|---|---|---|
| 1A | TX 6-179-256 | 1B | Crop Insurance Plan Comparison (May 2001) |
| 2A | TX 6-179-258 | 2B | Crop Insurance Plan Comparison (Feb. 2003) |
| 3A | TX 6-179-257 | 3B | Crop Insurance Plan Comparison (Dec. 2003) |
| 4A | TX 6-179-253 | 4B | Crop Insurance Withdrawal of Claim (Form 920) |
| 5A | TX 6-179-259 | 5B | Simplified Claims Qualification and Notice of Loss Form (Form M930) |
| 6A | TX 6-179-255 | 6B | Power of Attorney (Form M925) |
| 7A | TX 6-179-254 | 7B | MPCI Optional Endorsement High-Risk Land Exclusion Option (Form 764) |
| 8A | TX 6-179-218 | 8B | General Provisions (2002-NCIS 3) |
| 9A | TX 6-179-381 | 9B | Crop-Hail Insurance Policy (2002-NCIS 5) |
| 10A | TX 6-179-219 | 10B | Crop-Hail Policy – Basic Form Special Provisions Iowa (2002-NCIS 614) |
| 11A | TX 6-179-385 | 11B | Crop-Hail Policy – Basic Form Special Provisions Iowa (2005-NCIS 614) |
| 12A | TX 6-179-220 | 12B | Crop-Hail Policy – Basic Form Special Provisions Nebraska (2002-NCIS 626) |
| 13A | TX 6-179-379 | 13B | Crop-Hail Policy – Basic Form Special Provisions Nebraska (2005-NCIS 626) |

| | | | |
|---|---|---|---|
| 14A | TX 6-179-383 | 14B | Crop-Hail Policy – Basic Form Special Provisions Minnesota, North Dakota, and South Dakota (2002-NCIS 622) |
| 15A | TX 6-179-384 | 15B | Crop-Hail Policy – Basic Form Special Provisions Minnesota, North Dakota, and South Dakota (2005-NCIS 622) |
| 16A | TX 6-179-221 | 16B | Application for Crop-Hail Insurance and Declaration Page (1999-NCIS 655) |
| 17A | TX 6-179-222 | 17B | Application for Companion Hail Insurance Coverage and Declaration Page (1999-NCIS 652 |
| 18A | TX 6-179-377 | 18B | Application for Companion Hail Insurance Coverage and Declaration Page (2003-NCIS 652MN) |
| 19A | TX 6-179-223 | 19B | Endorsement to NCIS Crop-Hail Insurance Policy Companion Plan Hail Insurance (2002-NCIS 653) |
| 20A | TX 6-179-378 | 20B | Endorsement to NCIS Crop-Hail Insurance Policy Companion Plan Hail Insurance Minnesota (2003-NCIS 653MN) |
| 21A | TX 6-179-380 | 21B | Minnesota Amendatory Endorsement (2003 – NCIS 3MN) |
| 22A | TX 6-179-382 | 22B | Assignment of Indemnity (2000-NCIS 757) |
| 23A | TX 6-179-225 | 23B | Iowa 2002 Final Average Loss Cost Analysis |
| 24A | TX 6-179-224 | 24B | Iowa 2004 Final Average Loss Cost Analysis |
| 25A | TX 6-179-227 | 25B | Nebraska 2002 Final Average Loss Cost Analysis |
| 26A | TX 6-179-226 | 26B | Nebraska 2004 Final Average Loss Cost Analysis |

| 27A | TX 6-179-386 | 27B | Minnesota 2002 Final Average Loss Cost Analysis |
| --- | --- | --- | --- |
| 28A | TX 6-179-387 | 28B | Minnesota 2004 Final Average Loss Cost Analysis |

# EXHIBITS TO
# DECLARATION OF THERESE M. STOM

1. Iowa State Filing

2. Minnesota State Filing

3. Nebraska State Filing

**EXHIBITS TO**
**DECLARATION OF SHANE WEAVER**

1. Crop Insurance Plan Comparison

2. Crop Insurance Withdrawal of Claim Form

3. Simplified Claims Qualification and Notice of Loss Form

4. Power of Attorney

5. Optional Endorsement High-Risk Land Exclusion Option

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Notice Regarding Exhibits to Crist, Stom and Weaver Declarations Supporting Plaintiff's Motion for Preliminary Injunction was sent via Federal Express overnight delivery this 11th day of August, 2005 to the following:

Occidental Fire & Casualty Company of North Carolina
c/o Registered Agent
CT Corporation Systems
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005

Crop1 Insurance Direct, Inc.
d/b/a Crop1 Insurance, Inc.
4532 114th Street
Des Moines, IA 50322

                                                /s/ Michael E. Tucci
                                                Michael E. Tucci