United States District Court
for the District of Columbia

| | |
|---|---|
| **National Crop Insurance Services, Inc.,** *Plaintiff,*<br><br>v.<br><br>**Occidental Fire & Casualty Company of North Carolina**, *et al.,* *Defendants.* | Case No.  1:05-cv-01417 (RWR) |

## Notice of Appearances
## of Charles R. Work, Karla L. Palmer, and Michael S. Nadel

Pursuant to Local Civil Rule 83.6(a), please enter the appearances of Charles R. Work, Karla L. Palmer, and Michael S. Nadel of McDermott Will & Emery LLP as counsel in this case on behalf of Defendant Occidental Fire & Casualty Company of North Carolina.

Respectfully submitted,

*/s/ Mike Nadel*

Charles R. Work, D.C. Bar # 61101
Karla L. Palmer, D.C. Bar # 444353
Michael S. Nadel, D.C. Bar # 470144
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C.  20005
(202) 756-8000