United States District Court
for the District of Columbia

| | |
|---|---|
| **National Crop Insurance Services, Inc.,**<br>*Plaintiff*,<br><br>v.<br><br>**Occidental Fire & Casualty Company of North Carolina**, *et al.*,<br>*Defendants*. | Case No.   1:05-cv-01417 (RWR) |

**Disclosure of Corporation Affiliations and Financial Interests**
**(LCvR7.1)**

I, the undersigned, counsel of record for Occidental Fire & Casualty Company of North Carolina, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Occidental Fire & Casualty Company of North Carolina which have any outstanding securities in the hands of the public.

Respectfully submitted,

*/s/ Michael Nadel*

Charles R. Work, D.C. Bar # 61101
Karla L. Palmer, D.C. Bar # 444353
Michael S. Nadel, D.C. Bar # 470144
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C.  20005
(202) 756-8000

*Attorneys for Defendant Occidental Fire & Casualty Company of North Carolina*