```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
_____
                               )
NAT'L CROP INSURANCE SERVS.,   )
INC.,                          )
                               )
         Plaintiff,            )
                               )
             v.                )   Civil Action No. 05-1417 (RWR)
                               )
OCCIDENTAL FIRE & CASUALTY     )
COMPANY OF NORTH CAROLINA,     )
et al.,                        )
                               )
         Defendants.           )
_____)
```

### ORDER TO SHOW CAUSE

Plaintiff filed the original complaint on July 15, 2005, and later filed an amended complaint on August 11, 2005. Plaintiff also filed a motion for a preliminary injunction [6] against both defendants on August 11, 2005. The defendants were served on July 26, 2005. Defendant Occidental has entered an appearance, but defendant Crop1 has not yet appeared. Neither defendant has filed a response to the motion, despite the five-day time limit for opposing a preliminary injunction set forth in Local Civil Rule 65.1(c). Accordingly, it is hereby

ORDERED that defendants shall show cause in writing by August 29, 2005 why plaintiff's motion for a preliminary injunction should not be granted as conceded. The Clerk of the Court shall mail a copy of this Order to

- 2 -

Howard McLennan, CFO
Crop1 Insurance Direct, Inc.
d/b/a Crop1 Insurance, Inc.
4532 114th Street
Des Moines, IA 50322

    SIGNED this 19th day of August, 2005.


                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge