**United States District Court**
**for the District of Columbia**

| | |
|---|---|
| **National Crop Insurance Services, Inc.,** *Plaintiff*, <br><br> *v.* <br><br> **Occidental Fire & Casualty Company of North Carolina,** *et al.*, <br> *Defendants.* | **Case No.  1:05-cv-01417 (RWR)** |

### Motion for *Pro Hac Vice* Admission of Mary Hulett

Pursuant to Local Rule  83.2(d), Defendant Occidental Fire & Casualty Company

of North Carolina moves this Court to admit Mary Hulett *pro hac vice* to appear in this

action.   The information required by Local Rule 83.2 is attached to this motion, along

with a proposed order.

Respectfully submitted,

Charles R. Work, D.C. Bar # 61101
Karla L. Palmer, D.C. Bar # 444353
Michael S. Nadel, D.C. Bar # 470144
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C.  20005
(202) 756-8000

*Attorneys for Defendant Occidental Fire &*
*Casualty Company of North Carolina*

## LOCAL RULE 83.2(d) INFORMATION FOR MARY HULETT

(1)    <u>Full name of the attorney</u>:  Mary Hulett

(2)    <u>Attorney's Office Address and Telephone Number</u>:

Ragsdale Liggett PLLC
P.O. Box 31507
Raleigh, NC  27612
(919) 881-2205

(3)    <u>List of All Bars to Which the Attorney Is Admitted</u>:

North Carolina Supreme Court (2000)
Virginia Supreme Court (1977)
District of Columbia Court of Appeals  (1977)
California Supreme Court (1980)
U.S. Court of Appeals for the Fourth Circuit (2005)
U.S. Court of Appeals for the Ninth Circuit  (1980)
U.S. District Court for the Western District of North Carolina (2000)
U.S. District Court for the Middle District of North Carolina (2000)
U.S. District Court for the Eastern District of North Carolina (2000)
U.S. District Court for the Central District of California (1980)
U.S. District Court for the Eastern District of California  (1980)

(4)    I have never been disciplined by any bar.

(5)    <u>Number of Times the Attorney has been Admitted *Pro Hac Vice* in this Court Within the Last Two Years</u>:  None

(6)    I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

August 19, 2005                    /s/ Mary Hulett

_____
Mary Hulett

2

**United States District Court**
**for the District of Columbia**

| | |
|---|---|
| **National Crop Insurance Services, Inc.,** *Plaintiff,* <br><br> *v.* <br><br> **Occidental Fire & Casualty Company of North Carolina**, *et al.,* *Defendants.* | **Case No.   1:05-cv-01417 (RWR)** |

### [Proposed] Order

This Court has considered the Motion for *Pro Hac Vice* Admission of Mary Hulett.  It is hereby ORDERED that the motion is GRANTED; and it is further

ORDERED that Mary Hulett is admitted to practice in this Court for the limited purpose of appearing and participating in this action as counsel for Defendant Occidental Fire & Casualty Company of North Carolina.

_____                                     _____
Date                                                                            Richard W. Roberts
                                                                                     United States District Judge