IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC.<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>OCCIDENTAL FIRE & CASUALTY COMPANYOF NORTH CAROLINA and CROP1 INSURANCE DIRECT, INC. d/b/a CROP1 INSURANCE, INC.<br><br>　　　　　Defendants | Civil Action No. 1:05cv01417 (RWR) |

## NOTICE OF APPEARANCE

　　Please enter the appearance of Cristen E. Sikes as counsel for defendant Crop1 Insurance Direct, Inc. in the above-captioned action.

August 22, 2005　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Cristen E. Sikes (Bar No. 473461)

　　　　　　　　　　　　　　　　　　　　　DLA Piper Rudnick Gray Cary US LLP
　　　　　　　　　　　　　　　　　　　　　1200 Nineteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　TEL:  202-861-3900
　　　　　　　　　　　　　　　　　　　　　FAX:  202-689-7612

　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　Crop1 Insurance Direct, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August 2005, I caused a copy of the foregoing Notice of Appearance to be served on the following by first-class U.S. mail, postage pre-paid:

Michael E. Tucci
Stinson Morrison Hecker LLP
1150 18th Street, N.W. Suite 800
Washington, D.C. 20036-3816

Attorney for National Crop Insurance Services, Inc.

Mary Hulett
Ragsdale Liggett PLLC
2840 Plaza Place, Suite 400
P.O. Box 31507
Raleigh, North Carolina 27622

Attorney for Occidental Fire & Casualty Company of North Carolina

Michael S. Nadel
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005

Attorney for Occidental Fire & Casualty Company of North Carolina

_____/s/_____
Shani C. Dilloff