United States District Court
for the District of Columbia

| | |
|---|---|
| National Crop Insurance Services, Inc.,<br>*Plaintiff,*<br><br>*v.*<br><br>Occidental Fire & Casualty Company of North Carolina, *et al.,*<br>*Defendants.* | Case No. 1:05-cv-01417 (RWR) |

## Declaration of David G. Pirrung

I, David G. Pirrung, declare and say:

1. I could and would competently testify to the following based on my personal knowledge.

2. I am a Vice President of Occidental Fire & Casualty Company of North Carolina ("Occidental") and I am also the Treasurer.

3. Occidental is an insurer writing a variety of insurance coverages including property and casualty insurance.

4. Occidental is domiciled in North Carolina and has its principal place of business in Raleigh, North Carolina.

203416

5. I have reviewed the records of Occidental and have determined that Occidental has written no insurance of any kind in the District of Columbia in the last fifteen years.

6. Occidental has no agents authorized to sell any Occidental insurance products in the District of Columbia.

7. Occidental has no office in the District of Columbia.

8. Occidental does not own, and it never has owned, any other assets or property located in the District of Columbia.

9. Occidental has maintained a license in 49 states and the District of Columbia and, as such, has a registered agent for service of process in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of August, 2005.

_____
David G. Pirrung