United States District Court
for the District of Columbia

| | |
|---|---|
| National Crop Insurance Services, Inc.,<br>*Plaintiff,*<br><br>*v.*<br><br>Occidental Fire & Casualty Company of North Carolina, *et al.,*<br>*Defendants.* | Case No. 1:05-cv-01417 (RWR) |

## Declaration of Kenneth Charles Coon

I, Kenneth Charles Coon, declare and say:

1. I could and would competently testify to the following based on my personal knowledge.

2. I am a Senior Vice President of Occidental Fire & Casualty Company of North Carolina ("Occidental").

3. I am responsible for the crop insurance business for Occidental.

4. My office is in Omaha, Nebraska. The management of the crop insurance business done by Occidental has been done either from our office in Omaha, Nebraska or has been done from the office of Crop1 in Des Moines, Iowa.

5. The first time that Occidental was involved with any type of crop insurance business was in 2004. In December 2003, Occidental entered into a contract

203376

with Crop 1 whereby Crop 1 would be the managing general agent and Occidental would be the issuing carrier for the federal multiple peril crop insurance program. Pursuant to this agreement, Occidental applied to the Federal Crop Insurance Corporation and entered into a Standard Reinsurance Agreement. In the crop year 2004 the only crop insurance issued by Occidental was the multiple peril crop insurance offered pursuant to the reinsurance agreement with the Federal Crop Insurance Corporation. These policies were offered principally in mid-western states but were not offered in the District of Columbia.

    6.    In January 2005, Occidental entered into a new agreement with Crop USA and with Crop1. In order to offer crop hail insurance, Occidental agreed to be the issuing carrier, Crop USA agreed to be the managing general agent and Crop1 agreed to be the general agent. In 2005, Crop1 continued to be the managing general agent and Occidental continued to be the issuing insurer for the federal multiple peril crop insurance policies. The policies that were issued under either program were issued principally in mid-western states and Texas and none were offered or issued in the District of Columbia.

    7.    Crop1 was responsible for the issuance of all policies written pursuant to the agreement between Occidental and Crop1 and the agreement between Occidental, Crop USA and Crop1. These policies were all written out of Des Moines, Iowa. All

reporting was done out of Des Moines, Iowa. Occidental fulfilled its responsibilities to audit and monitor the activities of Crop1 in Des Moines, Iowa.

8. Other than these two contracts, there is no other relationship between Crop1 and Occidental. Crop1 is not a subsidiary of Occidental.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of August, 2005.

_____
Kenneth Charles Coon