IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC.<br><br>Plaintiff<br><br>v.<br><br>OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA and CROP1 INSURANCE DIRECT, INC. d/b/a CROP1 INSURANCE, INC.<br><br>Defendants | Civil Action No. 1:05cv01417 (RWR) |

## MOTION FOR LEAVE FOR DAVID E. MENDELSOHN, KENNETH L. SCHMETTERER, AND MICHAEL C. KASDIN TO APPEAR AS COUNSEL PRO HAC VICE FOR DEFENDANT CROP1 INSURANCE DIRECT, INC.

Pursuant to Rule 83.2(d) of the Local Rules of Practice for the United States District Court for the District of Columbia, Crop1 Insurance Direct, Inc. ("Crop1") moves this Court to allow David E. Mendelsohn, Kenneth L. Schmetterer, and Michael C. Kasdin to appear as counsel *pro hac vice* in this case and states as follows:

1. Cristen E. Sikes is a practicing attorney duly admitted to the Bar of the District of Columbia and is admitted before this Court. Cristen E. Sikes is an associate with the firm of DLA Piper Rudnick Gray Cary US LLP, and is acquainted with David E. Mendelsohn, Kenneth L. Schmetterer, and Michael C. Kasdin. Cristen E. Sikes will remain as the responsible counsel for Crop1, to be joined by David E. Mendelsohn, Kenneth L. Schmetterer, and Michael C. Kasdin.

2. Pursuant to Local Rule 83.2(d), David E. Mendelsohn, Kenneth L. Schmetterer, and Michael C. Kasdin have executed the declarations attached hereto as Exhibit A.

WHEREFORE, defendant Crop1 moves that this Court grant the admission of David E. Mendelsohn, Kenneth L. Schmetterer, and Michael C. Kasdin *pro hac vice* as counsel in this case and request that the Court enter the attached Order.

August 22, 2005                                                      Respectfully submitted,

_____/s/_____
Cristen E. Sikes (Bar No. 473461)

DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
TEL: 202-861-3900
FAX: 202-689-7612

Attorneys for Defendant
Crop1 Insurance Direct, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August 2005, I caused a copy of the foregoing Motion For Leave For David E. Mendelsohn, Kenneth L. Schmetterer, And Michael C. Kasdin To Appear As Counsel Pro Hac Vice For Defendant Crop1 Insurance Direct, Inc. to be served on the following by first-class U.S. mail, postage pre-paid:

> Michael E. Tucci
> Stinson Morrison Hecker LLP
> 1150 18th Street, N.W. Suite 800
> Washington, D.C. 20036-3816
>
> Attorney for National Crop Insurance Services, Inc.
>
> Mary Hulett
> Ragsdale Liggett PLLC
> 2840 Plaza Place, Suite 400
> P.O. Box 31507
> Raleigh, North Carolina 27622
>
> Attorney for Occidental Fire & Casualty Company of North Carolina
>
> Michael S. Nadel
> McDermott Will & Emery LLP
> 600 Thirteenth Street, N.W.
> Washington, D.C. 20005
>
> Attorney for Occidental Fire & Casualty Company of North Carolina

_____/s/_____
Shani C. Dilloff