IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA,

| | |
|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC.<br><br>      Plaintiff<br><br>    v.<br><br>OCCIDENTAL FIRE & CASUALTY COMPANYOF NORTH CAROLINA and CROP1 INSURANCE DIRECT, INC. d/b/a CROP1 INSURANCE, INC..<br><br>      Defendants | Civil Action No. 1:05cv01417<br><br>Judge: Richard W. Roberts |

## LOCAL RULE 83.2(d) DECLARATION OF
## MICHAEL C. KASDIN

I, Michael C. Kasdin do declare under penalty of perjury that the following is true and correct:

1)     My full legal name is Michael Corey Kasdin;

2)     My office address and telephone number are:

        DLA Piper Rudnick Gray Cary US LLP
        Suite 1900
        203 North LaSalle Street
        Chicago, Illinois 60601
        312-368-7916;

3)     I am currently a member of the following bar: State of Illinois; I am also admitted to practice in the United States District Court for the Northern District of Illinois;

4)     I do hereby certify that I have not been disciplined by a bar.;

5)     I have not been admitted *pro hac vice* in this court within the past two years;

6)     I do not practice law from an office located in the District of Columbia.

~CHGO1:30662858.v1

_____
Michael C. Kasdin

**DLA PIPER RUDNICK GRAY CARY US LLP**
Suite 1900
203 N. LaSalle Street
Chicago, Illinois 60601
(Tel)   312-368-4000
(Fax)   312-236-7516

~CHGO1:30662858.v1