IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA,

| | |
|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC.<br><br>　　　　　Plaintiff<br><br>　v.<br><br>OCCIDENTAL FIRE & CASUALTY COMPANYOF NORTH CAROLINA and CROP1 INSURANCE DIRECT, INC. d/b/a CROP1 INSURANCE, INC..<br><br>　　　　　Defendants | Civil Action No. 1:05cv01417<br><br>Judge: Richard W. Roberts |

## LOCAL RULE 83.2(d) DECLARATION OF
## DAVID MENDELSOHN

I, David Mendelsohn, do declare under penalty of perjury that the following is true and correct:

1)   My full legal name is David Edward Mendelsohn;

2)   My office address and telephone number are:

   DLA Piper Rudnick Gray Cary US LLP
   Suite 1900
   203 North LaSalle Street
   Chicago, Illinois 60601
   312-368-7272;

3)   I am currently a member of the following bar: State of Illinois. I am also admitted to practice in the United States District Court for the Northern District of Illinois;

4)   I do hereby certify that I have not been disciplined by any bar;

5)   I have not been admitted *pro hac vice* in this court within the past two years;

6)   I do not practice law from an office located in the District of Columbia.

~CHGO1:30650706.v1

*David Mendelsohn*

**DLA PIPER RUDNICK GRAY CARY US LLP**
Suite 1900
203 N. LaSalle Street
Chicago, Illinois 60601
(Tel)   312-368-4000
(Fax)   312-236-7516

~CHGO1:30650706.v1