IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC.<br><br>　　　　Plaintiff<br><br>　v.<br><br>OCCIDENTAL FIRE & CASUALTY COMPANYOF NORTH CAROLINA and CROP1 INSURANCE DIRECT, INC. d/b/a CROP1 INSURANCE, INC..<br><br>　　　　Defendants | Civil Action No. 1:05cv01417<br><br>Judge: Richard W. Roberts |

### LOCAL RULE 83.2(d) DECLARATION OF KENNETH L. SCHMETTERER

I Kenneth L. Schmetterer do declare under penalty of perjury that the following is true and correct:

1)　　My full legal name is Kenneth L. Schmetterer;

2)　　My office address and telephone number are:

　　　DLA Piper Rudnick Gray Cary US LLP
　　　203 North LaSalle Street, Suite 1900
　　　Chicago, Illinois 60601
　　　312-368-4000/2176;

3)　　I am currently a member of the following bars: <u>Illinois</u>;

4)　　I do hereby certify that I have not been disciplined by a bar;

5)　　I have not been admitted *pro hac vice* in this court within the past two years;

6)　　I do not practice law from an office located in the District of Columbia.

_____
**KENNETH L. SCHMETTERER**

**DLA PIPER RUDNICK GRAY CARY US LLP**
Suite 1900
203 North LaSalle Street
Chicago, Illinois 60601-1293
(Tel)　(312) 368-4000/2176
(Fax)　(312) 236-7516

~CHGO1:30661176.v1