IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC.<br><br>  Plaintiff<br><br>  v.<br><br>OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA and CROP1 INSURANCE DIRECT, INC. d/b/a CROP1 INSURANCE, INC.<br><br>  Defendants | Civil Action No. 1:05cv01417 (RWR) |

## **ORDER**

Upon consideration of Defendant Crop1 Insurance Direct, Inc.'s Motion for Leave for David E. Mendelsohn, Kenneth L. Schmetterer, And Michael C. Kasdin to Appear as Counsel *Pro Hac Vice*, it is hereby ORDERED:

1) the Motion is GRANTED; and

2) David E. Mendelsohn, Kenneth L. Schmetterer, and Michael C. Kasdin are admitted to appear before this Court in these proceedings *pro hac vice*.

ENTERED: _____, 2005

_____
United States District Court Judge
District of Columbia