**United States District Court**
**for the District of Columbia**

| | |
|---|---|
| National Crop Insurance Services, Inc.,<br>_Plaintiff,_<br><br>_v._<br><br>Occidental Fire & Casualty Company of North Carolina, _et al._,<br>_Defendants._ | Case No.   1:05-cv-01417 (RWR) |

### Defendant Occidental Fire & Casualty Company of North Carolina's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction

Defendant Occidental Fire & Casualty Company of North Carolina ("Occidental") respectfully opposes Plaintiff's Motion for Preliminary Injunction. Occidental joins in and associates itself with the memorandum in opposition to the Motion for Preliminary Injunction filed by Defendant Crop1 Insurance Direct, Inc. ("Crop1").

Occidental respectfully suggests that the Motion for Preliminary Injunction should be denied for the reasons stated by Crop1.

Respectfully submitted,

Charles R. Work, D.C. Bar # 61101
Karla L. Palmer, D.C. Bar # 44353
Michael S. Nadel, D.C. Bar # 470144
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 756-8000

Mary Hulett
Ragsdale Liggett PLLC
P.O. Box 31507
Raleigh, N.C.  27622-1507
(919) 787-5200

*Attorneys for Occidental Fire & Casualty
Company of North Carolina*

**United States District Court**
**for the District of Columbia**

| | |
|---|---|
| **National Crop Insurance Services, Inc.,**<br>*Plaintiff,*<br><br>*v.*<br><br>**Occidental Fire & Casualty Company of North Carolina,** *et al.,*<br>*Defendants.* | **Case No.   1:05-cv-01417 (RWR)** |

## [Proposed] Order

This Court has considered the Plaintiff's Motion for Preliminary Injunction.  It is hereby ORDERED that the motion is DENIED.


_____                          _____
Date                                                       Richard W. Roberts
                                                              United States District Judge