# EX. B

~CHGO1:30666386.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA,

| | |
|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC.<br><br>   Plaintiff<br> v.<br>OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA and CROP1 INSURANCE DIRECT, INC. d/b/a CROP1 INSURANCE, INC..<br><br>   Defendants | Civil Action No. 1:05cv01417<br><br>Judge: Richard W. Roberts |

### **AFFIDAVIT OF KENT PETERSEN.**

I, Kent A. Petersen, having been duly sworn, hereby state as follows under oath:

1. My name is Kent A. Peterson. I am the president of CropUSA Insurance Agency, Inc. ("CropUSA"). The information contained in this affidavit is based upon my personal knowledge, information and belief. I would be able to testify, if necessary, to the matters set forth in this affidavit.

2. CropUSA is an insurance agency in the business primarily of writing Federal Multi Peril Crop Insurance ("MPCI"). For a period of time, CropUSA also wrote crop-hail insurance.

3. During 2005, CropUSA was the Managing General Agency ("MGA") for Occidental Fire & Casualty Company of North Carolina ("Occidental") pursuant to a "General Agency Agreement" in which Crop1 was General Agent ("GA"), for purposes of producing certain classes of hail insurance in certain states. A copy of that General Agency Agreement is attached to the affidavit of William T. Rose, Jr. as exhibit 1. It was and is my understanding that

-CHGO1:30665455.v1

pursuant to this agreement, Crop1 was to act on behalf of CropUSA to implement CropUSA's crop-hail program with Occidental as the underwriter.

4. CropUSA, is and has been for all of 2005 a member in good standing of National Crop Insurance Services, Inc. ("NCIS") and had the right to access both MPCI data and forms as well as crop-hail data and forms.

5. In its capacity as GA for CropUSA, Crop1 has assisted in the preparation of submission of information required to permit Occidental and CropUSA, to issue crop hail insurance policies in Minnesota, Iowa, Illinois, Indiana, Texas, Nebraska and Wisconsin.

6. In its capacity as GA for CropUSA, Crop1 wrote crop-hail policies, and remitted premium for those policies to CropUSA. In accordance with CropUSA's agreement with NCIS, CropUSA will pay the appropriate fees and commissions to NCIS based upon the premium written by Crop1 as CropUSA's GA.

7. On Thursday, July 14, 2005, I spoke on the telephone with Robert Parkerson, who is the president of NCIS. In that conversation, I told Mr. Parkerson that Crop1 and its independent contractor, Cory Bremmer, were working on behalf of CropUSA to implement CropUSA's hail insurance program.

8. On Monday, July 18, 2005, Mr. Parkerson and an NCIS attorney, John Owens, met with me and Steve Williams, the national claims manager for CropUSA. During that meeting, I again informed Mr. Parkerson that Crop1 and Cory Bremmer were writing crop-hail coverage on behalf of CropUSA. I then showed Mr. Parkerson and Mr. Owens a copy of the agency agreement between CropUSA, Crop1, and Occidental. I told Mr. Parkerson and Mr. Owens that all premium would be reported and paid as required by CropUSA'a agreement with NCIS.

Kent A. Petersen
President, CropUSA Insurance Agency, Inc.

--CHGO1:30665455.v1