IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC.<br><br>    Plaintiff<br><br>    v.<br><br>OCCIDENTAL FIRE & CASUALTY COMPANYOF NORTH CAROLINA and CROP1 INSURANCE DIRECT, INC. d/b/a CROP1 INSURANCE, INC.<br><br>    Defendants | Civil Action No. 1:05cv01417<br><br>Judge: Richard W. Roberts |

**RESPONSE BY DEFENDANT OCCIDENTAL FIRE & CASUALTY OF NORTH CAROINA TO THE COURT'S ORDER TO SHOW CAUSE AND MOTION TO DISCHARGE THE ORDER TO SHOW CAUSE**

Occidental Fire & Casualty Company of North Carolina ("Occidental") hereby responds to the Court's Order to Show Cause issued on August 19, 2005 and moves this Court to discharge the Order to Show Cause on the grounds that Occidental has filed a timely opposition to the Motion for Preliminary Injunction filed by Plaintiff National Crop Insurance Services, Inc. ("NCIS"). This response and motion is based on the memorandum of law filed with this response.

203689

Respectfully submitted this 29th day of August, 2005.

____/s/_____
Charles R. Work, D.C. Bar # 61101
Karla L. Palmer, D.C. Bar # 44353
Michael S. Nadel, D.C. Bar # 470144
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 756-8000

Mary Hulett
Ragsdale Liggett PLLC
P.O. Box 31507
Raleigh, N.C. 27622-1507
(919) 787-5200

*Attorneys for Occidental Fire & Casualty Company of North Carolina*

203689