IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC.<br><br>　　　　Plaintiff<br><br>　　v.<br><br>OCCIDENTAL FIRE & CASUALTY COMPANYOF NORTH CAROLINA and CROP1 INSURANCE DIRECT, INC. d/b/a CROP1 INSURANCE, INC.<br><br>　　　　Defendants | Civil Action No. 1:05cv01417<br><br>Judge: Richard W. Roberts |

**MEMORANDUM OF LAW IN SUPPORT OF OCCIDENTAL'S RESPONSE AND MOTION TO DISCHARGE THE COURT'S ORDER TO SHOW CAUSE**

　　NCIS filed its Motion for Preliminary Injunction on August 11, 2005. The motion was served by overnight mail the same date. Occidental, cognizant of Local Rule 65.1(c), calculated that its opposition to the Motion for Preliminary Injunction was due on either August 22 or August 23. Federal Rule of Civil Procedure Rule 6(a) provides that "when the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation." Applying this rule to these facts, it is not clear whether the provision applies only to the first weekend following service or also applies to the second weekend. If the time for response is calculated as five days under Local Rule 65.1(c) plus three days for service under Federal Rule of Civil Procedure 6(e), then the total time to respond would be eight days which is still less than the eleven days under Federal Rule of Civil Procedure 6(a). Under that analysis, neither weekend would be counted and the opposition would have been due on August 23. Alternatively, the calculation could be done by first calculating

the five days allowed by Local Rule 65.1(c), excluding the first weekend under Federal Rule of Civil Procedure 6(a), which would make the brief due on August 18, but then add three days for mailing which would have made the brief due on August 21, which, falling on a Sunday, would make the brief due on August 22. In an exercise of caution, Occidental took the position that the brief should be filed no later than August 22.

On August 22, 2005, Occidental filed its opposition to the Motion for Preliminary Injunction and adopted and incorporated by reference the memorandum of law filed by Crop1. Occidental also filed a motion for change of venue.

For the foregoing reasons, Occidental requests the Court find that the opposition filed by Occidental on August 22, 2005 was timely and orders the Order to Show Cause discharged.

Respectfully submitted this 29th day of August, 2005.

_____/s/_____
Charles R. Work, D.C. Bar # 61101
Karla L. Palmer, D.C. Bar # 44353
Michael S. Nadel, D.C. Bar # 470144
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 756-8000

Mary Hulett
Ragsdale Liggett PLLC
P.O. Box 31507
Raleigh, N.C. 27622-1507
(919) 787-5200

*Attorneys for Occidental Fire & Casualty Company of North Carolina*

203677v1