IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA,

NATIONAL CROP INSURANCE
SERVICES, INC.

    Plaintiff

v.

OCCIDENTAL FIRE & CASUALTY
COMPANY OF NORTH CAROLINA and
CROP1 INSURANCE DIRECT, INC. d/b/a
CROP1 INSURANCE, INC.

    Defendants

Civil Action No. 1:05cv01417

Judge: Richard W. Roberts

## REPLY AFFIDAVIT OF WILLIAM T. ROSE, JR.

I, William T. Rose, Jr., having been duly sworn, hereby state as follows under oath:

1.     My name is William T. Rose, Jr. I am the president of Crop1 Insurance Direct, Inc. d/b/a Crop1 Insurance, Inc. ("Crop1"). The information contained in this affidavit is based upon my personal knowledge, information and belief. I would be able to testify, if necessary, to the matters set forth in this affidavit.

2.     Crop1 is not a contracting party or signatory to any Standard Reinsurance Agreement or any other contract with the Federal Crop Insurance Corporation ("FCIC"), the Risk Management Agency ("RMA"), the United States Department of Agriculture, or with any other federal agency.

3.     Crop1 maintains a website; however, no transaction involving a District of Columbia risk can be consummated over that website. As Crop1 is not authorized to write insurance in the District of Columbia, its website has security features that ensure no such transaction can occur. The only transactions that can be consummated over the website are for

risks located in states where Crop1 is authorized to do business — which does not include the District of Columbia. Further, Crop1 does not advertise this website in the District of Columbia, but only advertises in the states in which it is authorized to write insurance.

4. Crop1 has never insured any risk in D.C. through this website or otherwise. As of the date of this affidavit, and to the best of my knowledge, Crop1 has never sold a policy of insurance or any other product or service to anyone located in the District of Columbia through this website or otherwise.

5. NCIS has never asked Crop1 for a copy of its Agency Agreement with Occidental and CropUSA. In fact, NCIS has never contacted Crop1 at all, other than in the form of the instant lawsuit, to ask about its agency relationship with Occidental and CropUSA.

6. On August, 22, 2005, I executed and caused to be filed in this Court an affidavit. In paragraph 6 of that affidavit I stated: As a GA, and on behalf of CropUSA, Crop1 through its agents and/or independent contractors has written five crop hail insurance policies, all in one state — Iowa. It has recently come my attention, however, that one of those policies was written in Wisconsin, while the other four were written in Iowa.

William T. Rose, Jr.
William T. Rose, Jr.
President, Crop1 Insurance Direct, Inc.
d/b/a Crop1 Insurance, Inc.

Subscribed and Sworn to before me on this \_\_1\_\_ day of ~~August~~ Sept., 2005

Notary Public



REX B. RINKER
Commission Number 714221
My Commission Expires
DECEMBER 26, 2007