IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC.<br><br>   Plaintiff<br><br> v.<br><br>OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA and CROP1 INSURANCE DIRECT, INC. d/b/a CROP1 INSURANCE, INC.<br><br>   Defendants | Civil Action No. 1:05cv01417<br><br>Judge: Richard W. Roberts |

**ORDER**

This Court, after having considered Crop1 Insurance Direct, Inc. d/b/a Crop1 Insurance, Inc.'s Motion To Strike Or, Alternatively, For Leave To File A Surreply In Opposition to Plaintiff's Motion For Preliminary Injunction, hereby GRANTS Defendant's motion, and

IT IS HEREBY ORDERED

that the Supplemental Affidavits of Shane Weaver and Robert W. Parkerson and the portion of Plaintiff's Consolidated Response Memorandum that relies upon those supplemental affidavits be and are hereby stricken.

SO ORDERED.

_____
Judge Richard W. Roberts

2

Copies to:

Michael E. Tucci
Stinson Morrison Hecker LLP
1150 18th Street, N.W. Suite 800
Washington, D. C. 20036-3816

Attorney for National Crop Insurance
Services, Inc.

Michael S. Nadel
McDermott Will & Emery LLP
600 13th Street N.W.
Washington, D. C. 20005

Attorney for Occidental Fire & Casualty
Company of North Carolina

Mary Hulett
Ragsdale Liggett P.L.L.C.
P. O. Box 31507
Raleigh, NC  27622-1507

Attorney for Occidental Fire & Casualty
Company of North Carolina

Deborah Meshulam
DLA PIPER RUDNICK GRAY CARY
US LLP
1200 Nineteenth Street, NW 7th Floor
Washington D.C. 20036-2412

Attorney For Crop1 Insurance Direct, Inc.

2

~CHGO1:30671711.v1