IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC.<br><br>      Plaintiff<br><br>  v.<br><br>OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA and CROP1 INSURANCE DIRECT, INC. d/b/a CROP1 INSURANCE, INC.<br><br>      Defendants | Civil Action No. 1:05cv01417<br><br>Judge: Richard W. Roberts |

**ORDER**

This Court having considered Crop1 Insurance Direct, Inc. d/b/a Crop1 Insurance, Inc.'s Motion To Strike Or, Alternatively, For Leave To File A Surreply In Opposition To Plaintiff's Motion For Preliminary Injunction it is hereby

ORDERED

that Defendant Crop1 Insurance Direct, Inc. d/b/a Crop1 Insurance, Inc. is granted leave to file its Surreply in Opposition to Plaintiff's Motion for Preliminary Injunction.

SO ORDERED.

_____
Judge Richard W. Roberts

Copes to:

Michael E. Tucci
Stinson Morrison Hecker LLP
1150 18th Street, N.W. Suite 800
Washington, D. C. 20036-3816

Attorney for National Crop Insurance
Services, Inc.

Michael S. Nadel
McDermott Will & Emery LLP
600 13th Street N.W.
Washington, D. C. 20005

Attorney for Occidental Fire & Casualty
Company of North Carolina

Mary Hulett
Ragsdale Liggett P.L.L.C.
P. O. Box 31507
Raleigh, NC  27622-1507

Attorney for Occidental Fire & Casualty
Company of North Carolina

Deborah Meshulam
DLA PIPER RUDNICK GRAY CARY
US LLP
1200 Nineteenth Street, NW 7th Floor
Washington D.C. 20036-2412

Attorney For Crop1 Insurance Direct, Inc.