IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action |
| OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, et al., | ) ) ) ) ) | No. 1:05-cv-01417-RWR |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT CROP1'S MOTION
TO STRIKE, OR ALTERNATIVELY, FOR LEAVE TO
FILE A SURREPLY IN OPPOSITION TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

Comes Plaintiff, National Crop Insurance Services, Inc. ("NCIS"), by and through its undersigned counsel, and for its response to the Motion to Strike, or Alternatively, For Leave To File A Surreply In Opposition To Plaintiff's Motion For Preliminary Injunction filed by Defendant Crop1 Insurance Direct, Inc. ("Crop1) would respectfully show unto the Court as follows:

1. Crop1 has moved to strike the Supplemental Declarations submitted by NCIS with its Consolidated Response filed August 29, 2005 (The "Consolidated Response"). In the alternative, Crop1 has requested leave to file a surreply. NCIS does not object to Crop1 filing a surreply addressing factual matters in the Supplemental Declarations, although NCIS notes that the memorandum accompanying Crop1's motion is, in effect, a surreply filed without obtaining leave of court.

2. NCIS provided the Supplemental Declarations of Robert Parkerson and Shane Weaver with its Consolidated Response in an effort to aid the Court in the resolution of all of the issues raised by the parties. Many of the facts addressed in the Supplemental Declarations were provided in response and opposition to the Motion to Dismiss for lack of jurisdiction and Motion to change venue filed by Crop1, and the Motion for Change of Venue filed by Occidental Fire & Casualty Company of North Carolina ("Occidental").

3. In addition to jurisdictional and venue matters, the Supplemental Declarations also addressed certain factual matters impacting on the copyright issues currently before the Court on NCIS' application for a Preliminary Injunction. NCIS provided the additional factual information in an effort to clarify certain factual issues raised by Crop1 in its Opposition to NCIS' application.

4. Because the Supplemental Declarations touch on the pending issues regarding copyright matters that are subject to the Preliminary Injunction request, NCIS should have sought leave to file the Supplemental Declarations given the prescriptions of Local Rule LCV 65.1(c).

5. NCIS respectfully requests the Court's indulgence and asks that the Supplemental Declarations be accepted in their entirety for filing. This result appears to be acceptable to Crop1 given that it has requested the opportunity to file a surreply in the event the Court accepts the Supplemental Declarations and as noted above, NCIS has no objection to proceeding in that manner.

Dated: September 7, 2005            Respectfully submitted:

/s/ Michael E. Tucci
MICHAEL TUCCI (# 430470)
Stinson Morrison Hecker LLP
1150 - 18th Street, N.W., Suite 800
Washington, D.C. 20036
Tel: (202) 785-9100; Fax: (202) 785-9163

AND

/s/ P. John Owen by Michael E. Tucci
P. JOHN OWEN
National Crop Insurance Services, Inc.
8900 Indian Creek Parkway, Suite 600
Overland Park, KS  66210
Tel: (913) 685-2767; Fax: (913) 685-3080

AND

/s/ Bruce E. Baty by Michael E. Tucci
BRUCE E. BATY
PENNY R. SLICER
Stinson Morrison Hecker LLP
1201 Walnut, Suite 2800
Kansas City, MO 64106-2150
Tel: (816) 842-8600; Fax: (816) 691-3495

*Attorneys for Plaintiff National Crop Insurance Services, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served via First Class U.S. Mail, postage prepaid, this 7th day of September, 2005 to the following:

Charles R. Work, Esq.
Karla L. Palmer, Esq.
Michael S. Nadel, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005

Mary Hulett
Ragsdale Liggett PLLC
P.O. Box 31507
Raleigh, NC 27622-1507

Cristen E. Sikes, Esq.
David E. Mendelsohn, Esq.
Kenneth L. Schmetterer, Esq.
Michael Kasdin, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036


                                        /s/ Michael E. Tucci
                                        Michael E. Tucci