IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action |
| OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, et al., | ) ) ) ) ) | No. 1:05-cv-01417-RWR |
| Defendants. | ) ) ) | |

ORDER
GRANTING PLAINTIFF LEAVE TO FILE
SUPPLEMENTAL DECLARATIONS

On August 29, 2005, National Crop Insurance Services, Inc. filed its Consolidated Response (1) To Defendant Crop1's Memorandum in Support of Its Motion To Dismiss And In Opposition To the Motion For Preliminary Injunction [16] and (2) Defendant Crop1's and Defendant Occidental's Change of Venue Motions [13 and 16] (the "Consolidated Response") which attached Supplemental Declarations. For good cause shown, it is hereby ORDERED, ADJUGED, and DECREED:

That the Supplemental Declarations of Shane Weaver and Robert W. Parkerson attached thereto are filed and are to become part of the record in this proceeding.

DATED: September _____, 2005

_____
Richard W. Roberts
United States District Judge