United States District Court
for the District of Columbia

| | |
|---|---|
| **National Crop Insurance Services, Inc.,** *Plaintiff*, <br><br> v. <br><br> **Occidental Fire & Casualty Company of North Carolina**, *et al.*, *Defendants*. | Case No.  1:05-cv-01417 (RWR) |

## Consent Motion for Extension of Time to Answer Plaintiff's Amended Complaint By Defendant Occidental Fire & Casualty of North Carolina

Defendant Occidental Fire & Casualty of North Carolina ("Occidental") files this Motion for an extension of time to answer the Amended Complaint in this case. Plaintiff consents to Occidental's Motion. If this Motion is granted, Occidental will be required answer the Amended Complaint no later than November 7, 2005, unless the Court enters an order granting or denying Plaintiff's Motion for Preliminary Injunction, in which event Occidental will be required to answer the Amended Complaint no later than ten days after entry of said order.

Respectfully submitted,

*/s/ Michael Nadel*

Charles R. Work, D.C. Bar # 61101
Karla L. Palmer, D.C. Bar # 44353
Michael S. Nadel, D.C. Bar # 470144
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 756-8000

Mary Hulett
Ragsdale Liggett PLLC
P.O. Box 31507
Raleigh, N.C. 27622-1507
(919) 787-5200

*Attorneys for Occidental Fire & Casualty*
*Company of North Carolina*

United States District Court
for the District of Columbia

| | |
|---|---|
| **National Crop Insurance Services, Inc.,**<br>*Plaintiff*,<br><br>v.<br><br>**Occidental Fire & Casualty Company of North Carolina**, *et al.*,<br>*Defendants.* | **Case No.   1:05-cv-01417 (RWR)** |

## [Proposed] Order

This Court has considered Defendant Occidental Fire & Casualty Company of North Carolina's Motion for Extension of Time to Answer Plaintiff's Amended Complaint. It is hereby ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant Occidental Fire & Casualty Company of North Carolina must answer Plaintiff's Amended Complaint no later than November 7, 2005, or, if this Court enters an order granting or denying Plaintiff's Motion for Preliminary Injunction, no later than ten days after entry of said order.

_____                              _____
Date                                                              Richard W. Roberts
                                                                       United States District Judge