United States District Court
for the District of Columbia

| | |
|---|---|
| National Crop Insurance Services, Inc., *Plaintiff,* <br><br> v. <br><br> Occidental Fire & Casualty Company of North Carolina, *et al.,* *Defendants.* | Case No. 1:05-cv-01417 (RWR) |

## Consent Motion for Extension of Time to Answer Plaintiff's Amended Complaint By Defendant Occidental Fire & Casualty of North Carolina

Defendant Occidental Fire & Casualty of North Carolina ("Occidental") files this Motion for an extension of time to answer the Amended Complaint in this case. Plaintiff consents to Occidental's Motion. If this Motion is granted, Occidental will be required to answer the Amended Complaint no later than December 7, 2005, unless the Court enters an order granting or denying Plaintiff's Motion for Preliminary Injunction, in which event Occidental will be required to answer the Amended Complaint (1) no later than ten days after entry of said order, if the case remains in this Court, or (2) if the case is transferred to another court, no later than ten days after the parties are notified that the case has been received by the court to which the case has been transferred.

Respectfully submitted,

*/s/ Mike Nadel/*

Charles R. Work, D.C. Bar # 61101
Karla L. Palmer, D.C. Bar # 444353
Michael S. Nadel, D.C. Bar # 470144
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 756-8000

Mary Hulett
Ragsdale Liggett PLLC
P.O. Box 31507
Raleigh, N.C. 27622-1507
(919) 787-5200

*Attorneys for Occidental Fire & Casualty
Company of North Carolina*

United States District Court
for the District of Columbia

| | |
|---|---|
| National Crop Insurance Services, Inc.,<br>*Plaintiff,*<br><br>*v.*<br><br>Occidental Fire & Casualty Company of North Carolina, *et al.,*<br>*Defendants.* | Case No.  1:05-cv-01417 (RWR) |

## [Proposed] Order

This Court has considered the Motion for Extension of Time to Answer Plaintiff's Amended Complaint filed by Defendant Occidental Fire & Casualty Company of North Carolina ("Occidental"). It is hereby ORDERED that the motion is GRANTED, and it is further

ORDERED that Occidental must answer Plaintiff's Amended Complaint no later than December 7, 2005, unless the Court enters an order granting or denying Plaintiff's Motion for Preliminary Injunction, in which event Occidental will be required to answer the Amended Complaint (1) no later than ten days after entry of said order, if the case remains in this Court, or (2) if the case is transferred to another court, no later than ten days after the parties are notified that the case has been received by the court to which the case has been transferred.

_____                    _____
Date                                                                                     Richard W. Roberts
                                                                                              United States District Judge