IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, et al., ) <br> ) <br> ) <br> ) <br> Defendants. ) | Civil Action <br><br> No. 1:05-cv-01417-RWR |

## WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff National Crop Insurance Services, Inc. ("plaintiff") hereby withdraws, without prejudice, its pending motion for preliminary injunction. In support of its withdrawal, plaintiff respectfully states that three recent events have obviated the need for preliminary equitable relief.

First, President Bush signed the Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2006 ("Act") on November 10, 2005, Public Law 109-97. As enacted, Section 793 of the Act prohibits any appropriated funds to be used to implement or administer premium reduction plans for the 2007 reinsurance year, which begins July 1, 2006. This is the primary, if not exclusive, crop insurance program offered by defendant Crop1 Insurance Direct, Inc. ("Crop1"), and it constitutes 99% of its business. See

Affidavit of William T. Rose, ¶¶ 3 and 17 (doc. 16).  Accordingly, the federal multiple peril crop insurance program in which Crop1 used infringing materials for all practical purposes should cease on June 30, 2006.

Second, Crop1 has altered its website to remove some materials that infringed plaintiff's copyrighted works.  Therefore, given that Crop1 has voluntarily terminated several of its infringing activities and the life of the federal program for which it used the infringing materials is short-lived, it is no longer necessary to burden the Court with addressing a request for interim relief.

Third, non-party Crop USA Insurance Agency ("Crop USA") recently reported to plaintiff that it will be placing crop-hail insurance in the 2006 crop year with Austin Mutual Insurance Company instead of defendant Occidental Fire & Casualty Company of North Carolina ("Occidental").  This is a material change in the status quo since plaintiff's motion was filed and briefed.  See Rose Aff., ¶ 4 (doc. 16).  Thus, when plaintiff makes submissions in January 2006 to state insurance regulatory authorities identifying insurers and managing general agents authorized (a) to rely on statistical and other services provided by NCIS and (b) to adopt loss cost and form filings made by NCIS, Occidental will not be so listed and, in fact, specifically will be excluded.  Accordingly, Occidental's and Crop1's infringing activities on crop-hail insurance in 2005 should not be repeated in 2006.  If they are repeated, of course, plaintiff can return to this Court for appropriate relief.

The merits of plaintiff's claims identified in the First Amended Complaint are not affected by this withdrawal. Further, plaintiff will continue to seek damages and permanent injunctive relief against Crop1 and Occidental with respect to those claims.

Respectfully submitted this 17th day of November, 2005.

/s/ Michael E. Tucci
MICHAEL TUCCI (# 430470)
Stinson Morrison Hecker LLP
1150 - 18th Street, N.W., Suite 800
Washington, D.C.  20036
Tel: (202) 785-9100; Fax: (202) 785-9163

AND

/s/ P. John Owen by Michael E. Tucci
P. JOHN OWEN
National Crop Insurance Services, Inc.
8900 Indian Creek Parkway, Suite 600
Overland Park, KS  66210
Tel: (913) 685-2767; Fax: (913) 685-3080

AND

/s/ Bruce E. Baty by Michael E. Tucci
BRUCE E. BATY
PENNY R. SLICER
Stinson Morrison Hecker LLP
1201 Walnut, Suite 2800
Kansas City, MO 64106-2150
Tel: (816) 842-8600; Fax: (816) 691-3495

*Attorneys for Plaintiff National Crop Insurance Services, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served via First Class U.S. Mail, postage pre-paid on this 17th day of November, 2005 upon the following:

Charles R. Work, Esq.
Karla L. Palmer, Esq.
Michael S. Nadel, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005

Mary Hulett, Esq.
Ragsdale Liggett PLLC
P.O. Box 31507
Raleigh, NC 27622-1507

Cristen E. Sikes, Esq.
Deborah Meshulam, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036

David E. Mendelsohn, Esq.
Kenneth L. Schmetterer, Esq.
Michael Kasdin, Esq.
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601

                                            /s/ Michael E. Tucci
                                            Michael E. Tucci