IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC., | ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | Civil Action |
| OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, et al., | ) ) ) ) ) ) | No. 1:05-cv-01417-RWR |
| **Defendants.** | ) | |

## MOTION FOR ADMISSION FOR P. JOHN OWEN
## TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), Michael E. Tucci, Esquire, a member of the bar of this court, moves the admission of P. John Owen, Esquire, to appear *PRO HAC VICE* in the captioned proceeding as counsel for plaintiff. The Declaration of P. John Owen and a proposed Order are attached.

Respectfully submitted this 17th day of November, 2005.

/s/ Michael E. Tucci
Michael E. Tucci (Bar No. 430470)
STINSON MORRISON HECKER LLP
1150 18th Street, N.W., Suite 800
Washington, DC 20036-3816
Tel: 202-785-9100
Fax: 202-785-9163

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing was served via First Class U.S. Mail, postage pre-paid on this 17th day of November, 2005 upon the following:

Charles R. Work, Esq.
Karla L. Palmer, Esq.
Michael S. Nadel, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005

Mary Hulett, Esq.
Ragsdale Liggett PLLC
P.O. Box 31507
Raleigh, NC 27622-1507

Cristen E. Sikes, Esq.
Deborah Meshulam, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036

David E. Mendelsohn, Esq.
Kenneth L. Schmetterer, Esq.
Michael Kasdin, Esq.
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601

                                              /s/ Michael E. Tucci
                                              Michael E. Tucci