## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action |
| OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, et al., | ) ) ) ) ) | No. 1:05-cv-01417-RWR |
| Defendants. | ) | |

## ORDER

This matter came before the Court on the Motion for Admission for P. John Owen To Appear *Pro Hac Vice*,

**IT IS HEREBY ORDERED** that the Motion is GRANTED and that P. John Owen is admitted to appear *pro hac vice* in these proceedings.

Dated: _____      _____
                                                            Richard W. Roberts
                                                            United States District Judge