## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL CROP INSURANCE SERVICES, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **Civil Action** |
| **OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, et al.,** | ) ) ) ) | **No. 1:05-cv-01417-RWR** |
| **Defendants.** | ) ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Comes Plaintiff, National Crop Insurance Services, Inc. ("NCIS"), by and through its undersigned counsel, and hereby provides notice that it voluntarily dismisses this action without prejudice with respect to Defendant Crop1 Insurance Direct pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: July 26, 2006          Respectfully submitted:

/s/ Michael E. Tucci
MICHAEL TUCCI (# 430470)
Stinson Morrison Hecker LLP
1150 - 18th Street, N.W., Suite 800
Washington, D.C. 20036
Tel: (202) 785-9100; Fax: (202) 785-9163

*Attorneys for Plaintiff National Crop Insurance Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal was served via First Class U.S. Mail, postage prepaid, this 26th day of July, 2006 to the following:

Charles R. Work, Esq.
Karla L. Palmer, Esq.
Michael S. Nadel, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005

Mary Hulett
Ragsdale Liggett PLLC
P.O. Box 31507
Raleigh, NC 27622-1507

Cristen E. Sikes, Esq.
David E. Mendelsohn, Esq.
Kenneth L. Schmetterer, Esq.
Michael Kasdin, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036

/s/ Michael E. Tucci
Michael E. Tucci