# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC., ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Civil Action |
| OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, et al., ) ) ) ) ) ) | No. 1:05-cv-01417-RWR |
| Defendants. ) | |

## CONSENT MOTION DISMISSING OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA WITHOUT PREJUDICE

Comes Plaintiff, National Crop Insurance Services, Inc. ("NCIS"), by and through its undersigned counsel, and respectfully moves the Court for an Order dismissing this action without prejudice as to Defendant Occidental Fire & Casualty Company of North Carolina ("Occidental") pursuant to Rule 41 of the Federal Rules of Civil Procedure. NCIS has previously filed a Notice of Voluntary Dismissal of the other Defendant, Crop 1 Insurance Direct, and the dismissal of Occidental will result in the matter being closed. NCIS has elected to proceed in the District of Kansas given the Defendants' objection to proceeding in the District of Columbia.

Pursuant to Local Rule 7, Plaintiff's counsel contacted counsel for the Defendant who has consented to this request as evidenced by the signature of counsel affixed hereto.

Dated: July 31, 2006	Respectfully submitted:

/s/ Michael E. Tucci
MICHAEL TUCCI (# 430470)
Stinson Morrison Hecker LLP
1150 - 18th Street, N.W., Suite 800
Washington, D.C. 20036
Tel: (202) 785-9100; Fax: (202) 785-9163

AND

/s/ P. John Owen by Michael E. Tucci
P. JOHN OWEN
National Crop Insurance Services, Inc.
8900 Indian Creek Parkway, Suite 600
Overland Park, KS 66210
Tel: (913) 685-2767; Fax: (913) 685-3080

AND

/s/ Bruce E. Baty by Michael E. Tucci
BRUCE E. BATY
PENNY R. SLICER
Stinson Morrison Hecker LLP
1201 Walnut, Suite 2800
Kansas City, MO 64106-2150
Tel: (816) 842-8600; Fax: (816) 691-3495

*Attorneys for Plaintiff National Crop Insurance Services, Inc.*

CONSENTED TO:

/s/ Michael S. Nadel
Michael S. Nadel, Esq.
Charles R. Work, Esq.
Karla L. Palmer, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
*Attorneys for Defendant Occidental Fire & Casualty Company of North Carolina*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Consent Motion Dismissing Occidental Fire & Casualty Company of North Carolina Without Prejudice was served via First Class U.S. Mail, postage prepaid, this 31st day of July, 2006 to the following:

Michael S. Nadel, Esq.
Charles R. Work, Esq.
Karla L. Palmer, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005

Mary Hulett
Ragsdale Liggett PLLC
P.O. Box 31507
Raleigh, NC 27622-1507

Cristen E. Sikes, Esq.
David E. Mendelsohn, Esq.
Kenneth L. Schmetterer, Esq.
Michael Kasdin, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036


                                      /s/ Michael E. Tucci
                                      Michael E. Tucci