IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OCCIDENTAL FIRE & CASUALTY )<br>COMPANY OF NORTH CAROLINA, )<br>et al., )<br>)<br>)<br>Defendants. ) | Civil Action<br><br>No. 1:05-cv-01417-RWR |

ORDER
GRANTING PLAINTIFF'S CONSENT MOTION TO DISMISS
WITHOUT PREJUDICE

This matter comes before the Court on Plaintiff National Crop Insurance Services, Inc's (NCIS) Consent Motion to Dismiss Occidental Fire & Casualty Company of North Carolina Without Prejudice. Plaintiff NCIS has previously filed a Notice of Voluntary Dismissal of Defendant Crop 1 Insurance Direct and the dismissal of Occidental results in the matter being closed.

It is therefore ORDERED that the Motion to Dismiss Occidental Fire & Casualty Company of North Carolina Without Prejudice is Granted and that the case be and hereby is dismissed, each party to bear its own costs.

DATED: August _____, 2006            _____
                                    Richard W. Roberts
                                    United States District Judge

DB03/763432 0027/6977796.1

Copies to:

Michael E. Tucci, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W., Suite 800
Washington, D.C. 20036-3816

P. John Owen, Esq.
National Crop Insurance Services, Inc.
8900 Indian Creek Parkway, Suite 600
Overland Park, KS 66210

Bruce E. Baty, Esq.
Penny R. Slicer, Esq.
Stinson Morrison Hecker LLP
1201 Walnut, Suite 2800
Kansas City, MO 64106-2150

Michael S. Nadel, Esq.
Charles R. Work, Esq.
Karla L. Palmer, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005

Mary Hulett
Ragsdale Liggett PLLC
P.O. Box 31507
Raleigh, NC 27622-1507

Cristen E. Sikes, Esq.
David E. Mendelsohn, Esq.
Kenneth L. Schmetterer, Esq.
Michael Kasdin, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036