IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CROP INSURANCE SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action ) |
| OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, et al., | ) No. 1:05-cv-01417-RWR ) ) ) ) |
| Defendants. | ) ) |

ORDER
GRANTING PLAINTIFF'S CONSENT MOTION TO DISMISS
WITHOUT PREJUDICE

This matter comes before the Court on Plaintiff National Crop Insurance Services, Inc's (NCIS) Consent Motion to Dismiss Occidental Fire & Casualty Company of North Carolina Without Prejudice. Plaintiff NCIS has previously filed a Notice of Voluntary Dismissal of Defendant Crop 1 Insurance Direct and the dismissal of Occidental results in the matter being closed.

It is therefore ORDERED that the Motion to Dismiss Occidental Fire & Casualty Company of North Carolina Without Prejudice is Granted and that the case be and hereby is dismissed, each party to bear its own costs.

DATED: July 31, 2006

_____
Richard W. Roberts
United States District Judge

DB03/763432 0027/6977796.1